**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 08-7875**

─────────────

JAMES T. BELLAMY,

             Petitioner - Appellant,

         v.

DONALD BAUKNECHT, Warden,

             Respondent - Appellee.

─────────────

Appeal from the United States District Court for the District of
South Carolina, at Greenville.   R. Bryan Harwell, District
Judge.   (6:07-cv-02656-RBH)

─────────────

Submitted:  February 17, 2009      Decided:  April 15, 2009

─────────────

Before WILKINSON, KING, and GREGORY, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

James T. Bellamy, Appellant Pro Se. Barbara Murcier Bowens,
Assistant United States Attorney, Columbia, South Carolina, for
Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James T. Bellamy, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Bellamy v. Bauknecht, No. 6:07-cv-02656-RBH (D.S.C. July 11, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED